# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | FRED A. ANGEL |
| **Case Number:** | 16-21906-CMB      **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 18, 2017 11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/23/17 11:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#140 - Amended Plan Dated 4/10/2017 (NFC)
   +Objection Filed By: Velocity Commercial Capital
R / M #:  140 / 0

## *Appearances:*

Valenčik.

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

## *Proceedings:*

Pavlovich — Velocity

Hunt — Baldwin twp

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 7/27/17 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/12/2017   8:15:27AM