# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THEWESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 16-21906 CMB |
| Fred A. Angel Sr., | ) |
| **Debtor,** | ) Chapter 13 |
| Velocity Commercial Capital, LLC, a | ) |
| California Limited Liability Company, | ) Related Document No. 148-145 |
| **Movant,** | ) Claim No. 13 |
| vs. | ) Hearing date: 07/19/17 @ 10: 00 a.m. |
| Fred A. Angel Sr. and | ) Response due: 06/17/17 |
| Ronda J. Winnecour, Chapter 13 Trustee**,** | ) |
| **Respondents.** | ) Document No. |

## AMENDED CERTIFICATE OF SERVICE OF Notice of Hearing and
## Debtor's Objection To Notice Of Mortgage Payment Change Of Velocity Commercial Capital, LLC

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 31, 2017

James Warmbrodt, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106

Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee, 1001 Liberty Avenue, Suite 970, Liberty Center, Pittsburgh, PA 15222

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: June 1, 2017         /s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esquire PA I.D. #27538**
dcalaiaro@c-vlaw.com
**/**s/ David Z. Valencik_____
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**