## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA
## (PITTSBURGH)

| | |
|---|---|
| In Re:<br><br>     Fred A. Angel, Sr.<br>     Debtor(s)<br>-------------------------------------<br><br>Velocity Commercial Capital, LLC<br>     Movant<br><br>v.<br><br>Fred A. Angel, Sr.<br>     Debtor(s)<br><br>Ronda J. Winnecour<br>     Trustee,<br><br>     Respondent(s) | Chapter 13<br><br>Case Number: 16-21906-CMB<br><br><br>Hearing Date and Time: _____ |

## AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

I, ___Steven L Nicholson_____, being duly sworn on oath, depose and say:

1. I am over 18 years of age and am competent to testify about the facts contained herein.

2. I am employed as a ___Special Asset Manager_____ of Velocity Commercial Capital, LLC ("Movant"). This affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

3. I make this affidavit based upon my review of the records with regard to the mortgage loan transaction.

4. Debtor, Fred A. Angel, Sr. and non-filing co-debtor Cynthia Angel have executed and delivered or are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"),

all obligations of Debtor under and with respect to the Note and the Mortgage are secured by the property reference in this Motion.

5.   As of 06/01/2017, there are one or more defaults in paying Debtor post-petition amounts due with respect to the Note.

6.  The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by Debtor as of 06/01/2017:

| Number of Missed Payments | From | To | Monthly Payment Amount | Missed P&I | Missed Escrow | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 12 | 06/01/2016 | 06/01/2017 | $3,796.71 | $2,226.33 | $1,570.38 | $45,560.52 |
| Last post-petition partial payments: | | | | | | $0.00 |
| | | | | | Total: | **$45,560.52** |

Executed at ___Westlake Village___, ___CA___, on ___June___ ___27___, 2017

Name: ___Steven L Nicholson___

Title: ___Special Asset Manager___

STATE OF ___CA___

COUNTY OF ___Los Angeles___        ) ss.

SEE ATTACHED

The foregoing instrument was acknowledged before me this ____ day of _____,

20__ by _____ as _____ of Velocity Commercial Capital,

LLC, who is personally known to me or who has produced _____ as

identification.

_____
NOTARY PUBLIC

My Commission expires

_____, _____

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                                    CIVIL CODE § 1189

┌─────────────────────────────────────────────────────────────────────────────┐
│ A notary public or other officer completing this certificate verifies only the identity of the individual who signed the │
│ document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. │
└─────────────────────────────────────────────────────────────────────────────┘

State of California                          )
County of _____Los Angeles_____            )

On __June 27, 2017__ before me, __Peter Kosor, Notary Public__ ,
       *Date*                                           *Here Insert Name and Title of the Officer*

personally appeared _____Steven L Nicholson_____
                                        *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

PETER KOSOR
COMM. # 2162880
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Exp. Aug. 18, 2020

Signature _____
                           *Signature of Notary Public*

*Place Notary Seal Above*

──────────────────────── **OPTIONAL** ────────────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited  ☐ General | ☐ Partner — ☐ Limited  ☐ General |
| ☐ Individual    ☐ Attorney in Fact | ☐ Individual    ☐ Attorney in Fact |
| ☐ Trustee    ☐ Guardian or Conservator | ☐ Trustee    ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907