STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA
# (PITTSBURGH)

| | |
|---|---|
| In Re: <br><br> Fred A. Angel, Sr. <br>  Debtor(s) <br> -------------------------------------- <br><br> Velocity Commercial Capital, LLC <br>  Movant <br><br> v. <br><br> Fred A. Angel, Sr. <br>  Debtor(s) <br><br> Ronda J. Winnecour <br>  Trustee, <br><br>  Respondent(s) | Chapter 13 <br><br> Case Number: 16-21906-CMB <br><br> Hearing Date and Time: August 23, 2017 at 10:00 AM |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC §362 (and 11 USC §1301), together with Order, Notice and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

Fred A. Angel, Sr.
5131 East Willock Road
Pittsburgh, PA 15236


Ronda J. Winnecour
Suite 3250
USX Tower
Pittsburgh, PA 15219

Kenneth Steidl
707 Grant Street Suite 2830
Gulf Tower
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com

                                                                 Respectfully Submitted:
                                                                 Stern & Eisenberg, PC

                                                                 By: /s/ William E. Miller
                                                                 William E. Miller, Esq.,
                                                                 1581 Main Street, Suite 200
                                                                 The Shops at Valley Square
                                                                 Warrington, PA 18976
                                                                 Phone: (215) 572-8111
                                                                 Fax: (215) 572-5025
                                                                 Bar Number: 308951
                                                                 Email: wmiller@sterneisenberg.com

Date: July 11, 2017