# PROCEEDING MEMO

Date: 7/19/2017   10:00 a.m.

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 145

Appearances: Winnecour / Bedford / Pail / Katz    Katz

Movant(s): David Z. Valencik    Don Calaiaro for Debtor

Respondents: William E. Miller    via phone

Creditor(s):

Nature of Proceeding: #145 Debtor's Objection to Notice of Mortgage Payment Change of Velocity Commercial Capital, LLC

Additional Pleadings: Certificate of Service;  #152 Response by Velocity Commercial Capital, LLC

Judge's Notes:

Outcome:

Per Debtor's counsel, mortgage is not being paid through the plan.
Rule 3001 requires creditor to file notice of payment change.
Continued until hearing on motion for relief from stay, August 23, 2017 at 10:00 a.m.

_____ Motion is GRANTED   _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED    Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED    Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:    Movant(s) brief due _____ days
                                Respondent(s) brief due _____ days
                                Trustee's brief due _____ days

FILED
7/21/17 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-21906-CMB
Fred A. Angel, Sr.                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 1              Date Rcvd: Jul 21, 2017
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db             +Fred A. Angel, Sr.,    5131 East Willock Road,    Pittsburgh, PA 15236-2238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James Warmbrodt    on behalf of Creditor   VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
               LIABILITY COMPANY bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jillian Nolan Snider    on behalf of Creditor Cynthia  Angel jsnider@tuckerlaw.com
              Jordan S. Blask    on behalf of Creditor Cynthia  Angel jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;jleech@tuckerlaw.com;lbuckreis@tuckerlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    Velocity Commercial Capital
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 14