IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Fred A. Angel, Sr. : | Case No.16-21906CMB |
| : | Chapter 13 |
| Debtor(s) : | |
| Velocity Commercial Capital LLC : | |
| : | Re Doc.153 |
| Movant(s) : | |
| : | |
| vs. : | |
| Fred A. Angel, Sr. : | |
| : | Hearing Date 8/23/2017 |
| Respondent(s) | |

## TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel respectfully represents the following:

1. Velocity Commercial Capital, LLC, a secured creditor in the above-captioned bankruptcy case, requests relief from stay with regard to real property located at 1007 Streets Run Road, Pittsburgh, PA 15236.

2. The Debtor's Schedules list the value of the property as $1,500,000.00, but the property is currently vacant due to fire damage.

3. According to the Debtor's Schedules, the Movant has a secured claim in the amount of $292,243.00.

4. If the insurance claim payout is sufficient to repair the fire damage to the property, substantial equity may exist which should be preserved for the estate.

WHEREFORE, the Trustee so reports to the Court.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  07/25/17                              by      __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Fred A. Angel, Sr. | : | Case No. |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Velocity Commercial Capital LLC | : | |
| | : | Re Doc.153 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Fred A. Angel, Sr. | : | |
| | : | Hearing Date 8/23/2017 |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

I hereby certify that on the 25th of July 2017, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

William Miller, Esquire
1581 Main Street Suite 200
The shops at Valley Square
Warrington PA 18976

Fred Angel, Sr.
5131 East Willock Road
Pittsburgh PA 15236

Donald Calaiaro, Esquire
428 Forbes Avenue Suite 900
Pittsburgh PA 15219

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com