# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** FRED A. ANGEL
**Case Number:** 16-21906-CMB          **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 27, 2017 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/2/17 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#140 - Continued Confirmation of Plan Dated 4/10/2017 (NFC)
R / M #: 140 / 0

### Appearances:

Debtor: *Valenak*
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: *Pavlovich - Velocity*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  9-28-17 at 1:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/17/2017  12:28:17PM