**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agents for    Velocity Commercial Capital, LLC, A California Limited Liability Company

## UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH

| | |
|---|---|
| In re | Case No. 16-21906-CMB |
| FRED A. ANGEL, SR., | Chapter 13 |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM #13** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that the Proof of Claim filed by Velocity Commercial Capital, LLC, A California Limited Liability Company on October 17, 2016, and assigned as Claim number 13, is hereby withdrawn, without prejudice.

Dated:     08/23/2017                         ALDRIDGE PITE, LLP

/s/ Michele A. De Witt
MICHELE DE WITT
Agents for Velocity Commercial Capital, LLC, A California Limited Liability Company

**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Agents for Velocity Commercial Capital, LLC, A California Limited Liability Company

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH

| | |
|---|---|
| In re | Case No. 16-21906-CMB |
| FRED A. ANGEL, SR., | Chapter 13 |
| Debtor(s). | **PROOF OF SERVICE** |

I, Veronika Kates, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this case.

On August 23, 2017, I served the NOTICE OF WITHDRAWAL OF CLAIM NO. 13 by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows: SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 23, 2017, at San Diego, California.

/s/Veronika Kates
VERONIKA KATES

- 1 -   CASE NO. 16-21906-CMB
**PROOF OF SERVICE**

**SERVICE LIST**

**DEBTOR(S)**

Fred A. Angel, Sr.
5131 East Willock Road
Pittsburgh, PA 15236

**DEBTOR(S) ATTORNEY
(Via Electronic Notice)**

Donald R. Calaiaro
Calaiaro Valencik
428 Forbes Ave., Suite 900
Pittsburgh, PA 15219
dcalaiaro@c-vlaw.com

David Z. Valencik
Calaiaro Valencik
428 Forbes Ave., Suite 900
Pittsburgh, PA 15219
dvalencik@c-vlaw.com

**CHAPTER 13 TRUSTEE
(Via Electronic Notice)**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**U.S. TRUSTEE
(Via Electronic Notice)**

U.S. Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov