## PROCEEDING MEMO

Date: 08/23/2017  10:00 am

In re: Fred A. Angel, Sr.

                Bankruptcy No. 16-21906-CMB
                Chapter: 13
                Doc. # 153

**Appearances:** Don Calaiaro, Debtor   Fred Angel, Sr. present

**Movant(s):** ~~William E. Miller~~   Chris McMonigle, Velocity Commercial Capital

**Respondents:** ~~Winnecour~~ / ~~Bedford~~ / ~~Pail~~ / (Katz;) Donald R. Calaiaro

**Creditor(s):** Jill Snider, Cynthia Angel

**Nature of Proceeding:** #153 Motion of Velocity Commercial Capital, LLC for Relief from the Automatic Stay

**Additional Pleadings:** Certificate of Service;  #155 Affidavit in Support of Motion; #160 Response by Trustee;  #161 Response by Debtor

**Judge's Notes:**   Velocity has not been paid because _insurance_ is looking for an order of court.
**Outcome:**   Debtor is willing to allow court to enter an order directing insurance company to pay mortgage company.  Debtor filed objection to claim last night.
Court willing to entertain consent order.  Cont'd to Sept. 7th at 2:30 p.m.

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion Is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER:  \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:   Movant(s) brief due \_\_\_\_\_ days
                Respondent(s) brief due \_\_\_\_\_ days
                Trustee's brief due \_\_\_\_\_ days

Debtor's counsel to file motion that will be scheduled for 9/7;
Ordered to attend mediation.   Response 9/5

                Carlota M. Böhm
                U.S. Bankruptcy Judge

FILED
8/24/17 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Fred A. Angel, Sr.
    Debtor

Case No. 16-21906-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Aug 24, 2017
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db         +Fred A. Angel, Sr.,   5131 East Willock Road,   Pittsburgh, PA 15236-2238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2017 at the address(es) listed below:
          David Z. Valencik   on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          Donald R. Calaiaro   on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
          James Warmbrodt   on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
          LIABILITY COMPANY bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jillian Nolan Snider    on behalf of Creditor Cynthia  Angel jsnider@tuckerlaw.com
          Jordan S. Blask    on behalf of Creditor Cynthia  Angel jblask@tuckerlaw.com,
          agilbert@tuckerlaw.com;jleech@tuckerlaw.com;lbuckreis@tuckerlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital
          wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
          wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                          TOTAL: 14