**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-21906 CMB |
| Fred A. Angel, Sr., | ) **Chapter** 13 |
| **Debtor,** | ) **Related Document No.** 169 |
| Velocity Commercial Capital, LLC | ) |
| **Movant,** | ) **Hearing Date:** 10/25/17 @ 10:00 a.m. |
| vs. | ) |
| Fred A. Angel, Sr., | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Order Dated August 25, 2017

I certify under penalty of perjury that I served the above captioned Order on the parties at the addresses specified below or on the attached list on August 28, 2017.

**Service by First-Class Mail:**

Fred Angel, Sr., 5131 East Willock Road, Pittsburgh, PA 15236

**Service by NEF:**

William E. Miller, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976
Office of the U.S. Trustee, 1001 Liberty Avenue, Liberty Center, Suite 970, Pittsburgh, PA 15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Dated: August 28, 2017  /s/ Donald R. Calaiaro\_\_\_\_
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219**
**(412) 232-0930**