IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Fred A. Angel, Sr.                             :     Case No. 16-21906CMB
                                               :     Chapter 13
      Debtor(s)                        :
Ronda J. Winnecour, Trustee                    :
                                               :     Related to Document #
      Movant(s)                        :
                                               :
      vs.                              :
Fred A. Angel, Sr.                             :     Hearing Date:
                                               :
      Respondents                      :

## NOTICE OF HEARING ON TRUSTEE'S MOTION TO CONVERT TO A CHAPTER 7

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Convert the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on October 25, 2017 at 10:00 a.m. before Judge Bohm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.  Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response with the Bankruptcy Court and serve a copy on the Trustee on or before September 21, 2017.

        _/s/ Owen W. Katz_____
        Owen W. Katz - PA I.D. #36473
        Attorney for Trustee
        US Steel Tower – Suite 3250
        600 Grant St.
        Pittsburgh, PA  15219
        (412) 471-5566
        okatz@chapter13trusteewdpa.com