## PROCEEDING MEMO

Date: 09/07/2017  2:30 pm

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 153

Appearances:

Movant(s): William E. Miller ✓, Chris McMonigle (via telephone)

Respondents: Winnecour / Bedford / Pail / Katz; Donald R. Calaiaro

Creditor(s): Debtor present ✓
Matthew Bunn

Nature of Proceeding: #153 Continued Motion of Velocity Commercial Capital, LLC for Relief from the Automatic Stay

Additional Pleadings: #155 Affidavit in Support of Motion;  #160 Response by Trustee;  #161 Response by Debtor (all filed previously);  #169 Mediation Order

Judge's Notes: Cont to Oct 25 at 9:45

Outcome:

____ Motion is GRANTED ____ Order entered
____ Motion is DENIED ____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED    Order entered
____ Reschedule for Proper Service
____ Case DISMISSED    Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
✓ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)
____ to hearing date of ____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed ____ days
____ Briefs to be filed:    Movant(s) brief due ____ days
                            Respondent(s) brief due ____ days
                            Trustee's brief due ____ days

- Parties to attempt to file proposed consent order ASAP.
- Debtor's counsel advised that will be filing a turnover action today.

FILED
9/7/17 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Fred A. Angel, Sr.  
    Debtor

Case No. 16-21906-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Sep 07, 2017  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.  
db          +Fred A. Angel, Sr.,    5131 East Willock Road,    Pittsburgh, PA 15236-2238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:

       David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com, cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
       Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com  
       James Warmbrodt    on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com  
       Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com, cnoroski@grblaw.com  
       Jillian Nolan Snider    on behalf of Creditor Cynthia Angel jsnider@tuckerlaw.com  
       Jordan S. Blask    on behalf of Creditor Cynthia Angel jblask@tuckerlaw.com, agilbert@tuckerlaw.com;jleech@tuckerlaw.com;lbuckreis@tuckerlaw.com  
       Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com  
       Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com  
       Matthew James Burne    on behalf of Creditor Cynthia Angel mburne@tuckerlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       William E. Miller    on behalf of Creditor    Velocity Commercial Capital wmiller@sterneisenberg.com, bkecf@sterneisenberg.com  
       William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                     TOTAL: 15