## PROCEEDING MEMO

Date: 09/07/2017  2:30 pm

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 145

Appearances: Winnecour / Bedford / Pail / Katz

Movant(s): Donald R. Calaiaro

Respondents: William E. Miller, Chris McMonigle *(via telephone)*

Creditor(s):

Nature of Proceeding: #145 Debtor's Objection to Notice of Mortgage Payment Change of Velocity Commericial Capital, LLC

Additional Pleadings: #152 Response by Velocity Commercial Capital, LLC (filed previously); #165 Withdrawal of Claim; #169 Mediation Order

Judge's Notes: *Cont to Oct 25 at 9:45*

Outcome:

- _____ Motion is GRANTED  _____ Order entered
- _____ Motion is DENIED _____ Order entered
- _____ Motion WITHDRAWN
- _____ Motion is DISMISSED   Order entered
- _____ Reschedule for Proper Service
- _____ Case DISMISSED   Order entered
- _____ Parties to submit Order/Settlement/Stipulation by _____ days
- ✓ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
- _____ to hearing date of _____
- _____ ISSUE EVIDENTIARY HEARING NOTICE
- _____ Discovery time needed _____ days
- _____ Briefs to be filed: Movant(s) brief due _____ days
  - Respondent(s) brief due _____ days
  - Trustee's brief due _____ days

*HOUSEKEEPING MATTERS:*
- Claim No 13 was withdrawn so Objection to Claim No. 13 is moot. That hearing is cancelled.
- Within one week, Debtor will file objection if any to Velocity's Claim No. 7. Matter to be heard 10/25/17 at 9:45am.

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
9/7/17 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21906-CMB
Fred A. Angel, Sr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Sep 07, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2017.
db             +Fred A. Angel, Sr.,    5131 East Willock Road,    Pittsburgh, PA 15236-2238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2017 at the address(es) listed below:
              David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com
              James Warmbrodt     on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
               LIABILITY COMPANY bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jillian Nolan Snider    on behalf of Creditor Cynthia  Angel jsnider@tuckerlaw.com
              Jordan S. Blask    on behalf of Creditor Cynthia  Angel jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;jleech@tuckerlaw.com;lbuckreis@tuckerlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
              Matthew James Burne    on behalf of Creditor Cynthia  Angel mburne@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    Velocity Commercial Capital
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 15