IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 16-21906-CMB |
| | ) | |
| Fred A. Angel, | ) | |
| | ) | Chapter 13 |
| *Debtor,* | ) | |
| | ) | |
| | ) | Doc. No.___ |
| | ) | Related to Doc. No. 140, 145, 153, |
| | ) | 169, 176 and 192 |

## MEDIATOR'S 9019-3 STATEMENT

I, Joel M. Helmrich, the Mediator appointed in this matter, have determined that there is no basis for disqualification under W.PA.LBR 9019-3(j) and I have no actual potential conflict of interest.

Dated: September 19, 2017

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
Mediator
PA ID # 30733
joel.helmrich@dinsmore.com
2800 Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone:  (412) 281-5000
Facsimile:  (412) 281-5055

11668733v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 16-21906-CMB |
| ) | |
| Fred A. Angel, ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | |
| ) | Doc. No.___ |
| ) | Related to Doc. No. 140, 145, 153, |
| ) | 169, 176 and 192 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2017, I electronically filed the attached Mediator's 9019-3 Statement ("Statement"). In addition, copies of the Statement were mailed by First Class Mail of the U.S. Postal Service, postage prepaid to the following:

Donald R. Calaiaro, Esquire
Calaiaro Valencik
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
mailto:dcalaiaro@c-vlaw.com

William Miller, Esquire
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
wmiller@sterneisenberg.com

Jordan S. Blask, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh PA 15222
jblask@tuckerlaw.com

Chapter 13 Standing Trustee WDPA
3250 USX Tower
600 Grant Street
Pittsburgh PA 15219

.
,

DINSMORE & SHOHL LLP

Dated: September 19, 2017

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
PA ID # 30733
joel.helmrich@dinsmore.com
One Oxford Centre, Suite 2800
Pittsburgh, PA 15219
Telephone:   (412) 281-5000
Facsimile:    (412) 281-50555

11668733v1