# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 16-21906-CMB |
| Fred A. Angel, Sr., | ) |
| **Debtor,** | ) **Chapter** 13 |
| Fred A. Angel, Sr., | ) **Related Document No.** 194 |
| **Movant,** | ) **Hearing Date:** 10/25/17 @ 9:45 a.m. |
| v. | ) |
| Velocity Commercial Capital, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATE OF SERVICE OF Order Dated September 19, 2017

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 27, 2017.

**Service via First-Class Mail:**
Fred A. Angel, Sr., 5131 Willock Road, Pittsburgh, PA 15236

**Service by NEF:**
Jordan S. Blask, Tucker Arensberg P.C., 1500 One PPG Place, Pittsburgh, PA 15222
William E. Miller, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com
Office of the U.S. Trustee, 1001 Liberty Avenue, Liberty Center, Suite 970, Pittsburgh, PA 15222

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) were: First-Class Mail or Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 27, 2017    /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**