# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | FRED A. ANGEL |
| **Case Number:** | 16-21906-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 28, 2017 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
9/29/17 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#140 - Continued Confirmation of Plan Dated 4/10/2017 (NFC)
[Tee's Mt to Convert case from Ch 13 to Ch 7 set for 10/25/17 at 10:00]
R / M #:  140 / 0

### *Appearances:*

Debtor: Valencik
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: Ruschak - Velocity

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12-7-17 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2017  10:48:05AM