IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Fred A. Angel,<br><br>      Debtor, | Case No.: 16-21906-CMB<br><br>Chapter 13<br><br>Doc. No.___<br>Related to Doc. No. 140,<br>  145, 153, 169, 176 and 192 |

## MEDIATOR'S INTERIM REPORT

I, Joel M. Helmrich, the Mediator appointed in this matter, hereby file this Interim Report to advise the Court of the following:

1. On October 6, 2017 I met with representatives from Fred A. Angel, Sr., Cynthia Angel, Velocity Commercial Capital, LLC ("Velocity") and the Chapter 13 Trustee (collectively, the "Parties") and their Counsel at the offices of Dinsmore & Shohl LLP.

2. The Parties had very productive discussions and have agreed to settle and resolve all claims and disputes raised in this case by the Parties related to the Objection to the Confirmation of the Amended Chapter 13 Plan filed by Velocity [Doc. No. 142], the Objection to the Notice of Mortgage Payment Change [Doc. No. 145] and the Motion for Relief from Stay filed by Velocity [Doc. No. 153].

3. The Parties will file a Consent Order that memorializes the terms of their settlement.

4. Fred A. Angel, Sr. and Cynthia Angel have not resolved all of the disputes that they have with each other. These disputes do not jeopardize the resolution of the claims that this Honorable Court must consider but they were mentioned in this Court's September 19, 2017

Order when the Court directed the "Parties to attend mediation **in person** with the object of fully resolving **all** of their disputes… [See paragraph 3, Doc. No. 192].

5. The Parties have asked, and I have agreed, to keep this mediation open so that Fred A. Angel, Sr. and Cynthia Angel can continue their discussions to see if they can resolve their disputes.

Dated: October 9, 2017

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
Mediator
PA ID # 30733
joel.helmrich@dinsmore.com
2800 Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone:    (412) 281-5000
Facsimile:    (412) 281-5055

11711210v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 16-21906-CMB |
| Fred A. Angel, | ) | |
| | ) | Chapter 13 |
| Debtor, | ) | |
| | ) | Doc. No.___ |
| | ) | Related to Doc. No. 140, |
| | ) | 145, 153, 169, 176 and 192 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2017, I electronically filed the attached Mediator's Interim Report ("Report"). In addition, copies of the Report were mailed by First Class Mail of the U.S. Postal Service, postage prepaid to the following:

Donald R. Calaiaro, Esquire
Calaiaro Valencik
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219
mailto:dcalaiaro@c-vlaw.com

Jordan S. Blask, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh PA 15222
jblask@tuckerlaw.com

William Miller, Esquire
Stern & Eisenberg, P.C.
1581 Main Street, Suite 200
Warrington, PA 18976
wmiller@sterneisenberg.com

Chapter 13 Standing Trustee WDPA
3250 USX Tower
600 Grant Street
Pittsburgh PA 15219

Dated: October 9, 2017

/s/ Joel M. Helmrich
Joel M. Helmrich, Esquire
Mediator
PA ID # 30733
joel.helmrich@dinsmore.com
2800 Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Telephone:   (412) 281-5000
Facsimile:   (412) 281-5055

3

11711210v1