**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 16-21906-CMB |
| Fred A. Angel, Sr., | ) |
|     **Debtor,** | ) **Chapter** 13 |
| Fred A. Angel, Sr., | ) **Related Document No.** 191-189 |
|     **Movant,** | ) **Hearing Date:** 10/25/17 @ 9:45 a.m. |
|     v. | ) **Response Due:** 10/16/17 |
| Velocity Commercial Capital, | ) |
|     **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**Debtor's Amended Objection To Claim of Velocity Commercial Capital- Document No. 189**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's Amended Objection To Claim of Velocity Commercial Capital** filed on September 14, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtor's Amended Objection To Claim of Velocity Commercial Capital** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtor's Amended Objection To Claim of Velocity Commercial Capital** were to be filed and served no later than October 16, 2017.

It is hereby respectfully requested that the Order attached to the **Debtor's Amended Objection To Claim of Velocity Commercial Capital** be entered by the Court.

**Dated:** October 19, 2017

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com

**BY:** /s/ Michael Kaminski
**Michael Kaminski, Esquire, PA I.D. 53493**
mkaminski@c-vlaw.com

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA 15219-1621**
**(412) 232-0930**