## PROCEEDING MEMO

Date: 10/25/2017  9:45 am

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 145

Appearances: ~~Winnecour / Bedford / Pail~~ / Katz ✓   *Valenrih* ✓  *Burne*

Movant(s): Donald R. Calaiaro

Respondents: William E. Miller, ~~Chris McMonigle~~ (telephone)

Creditor(s):

Nature of Proceeding: #145 Debtor's Continued Objection to Notice of Mortgage Payment Change of Velocity Commerical Capital, LLC

Additional Pleadings: #152 Response by Velocity Commercial Capital, LLC; #165 Withdrawal of Claim;  #169 Mediation Order (all filed previously)

Judge's Notes:

Outcome:

— Parties indicate settlement reached.
— Consent Order to be filed by next Friday, Nov. 3rd.

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED  _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED          Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED          Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
10/25/17 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA