# PROCEEDING MEMO

Date: 10/25/2017  9:45 am

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 174

**Appearances:**

Movant(s): ~~Winnecour / Bedford / Pail~~ / Katz ✓

Respondents: ~~Donald R. Calaiaro~~ Valencik ✓

Creditor(s): Burne ✓
Miller by phone ✓

Nature of Proceeding: #174 Motion to Convert Case from Chapter 13 to Chapter 7

Additional Pleadings: #195 Response by Debtor

**Judge's Notes:**

**Outcome:**

- Parties indicate settlement reached.
- Consent Order to be filed by next Friday, Nov. 3rd.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED       Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
10/25/17 10:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA