# PROCEEDING MEMO

Date: 10/25/2017  9:45 am

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 189

Appearances: ~~Winnecour / Bedford / Pail~~ / Katz; *William E. Miller (telephone)*

Movant(s): ~~Donald R. Calaiaro~~  *Valencik*  *Burne*

Respondents:

Creditor(s):

Nature of Proceeding: #189 Debtor's Amended Objection to Claim of Velocity Commercial Capital

Additional Pleadings: Certificate of Service;  #206 CNO

Judge's Notes:

Outcome:

- Parties indicate settlement reached.
- Consent Order to be filed by next Friday, Nov. 3rd.

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED   Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED   Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_days
\_\_\_\_\_ CONTINUED MATTER:  \_\_\_\_\_for at least _____days (Court to Issue Order)
\_\_\_\_\_ to hearing date of _____
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed _____days
\_\_\_\_\_ Briefs to be filed:  Movant(s) brief due \_\_\_\_\_days
                Respondent(s) brief due \_\_\_\_\_days
                Trustee's brief due \_\_\_\_\_days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
10/25/17 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA