# PROCEEDING MEMO

Date: 10/25/2017  9:45 am

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 153

Appearances:

Movant(s): William E. Miller, ~~Chris McMonigle~~ (Telephone)

Respondents: ~~Winnecour / Bedford / Pail~~ / Katz; ~~Donald R. Calaiaro~~ Valencik ✓

Creditor(s): Matthew J. Burne ✓

Nature of Proceeding: #153 Continued Motion of Velocity Commercial Capital, LLC for Relief from the Automatic Stay

Additional Pleadings: #155 Affidavit in Support of Motion; #160 Response by Trustee; #161 Response by Debtor; #169 Mediation Order (all filed previously)

Judge's Notes:

Outcome:

- Parties indicate settlement reached.
- Consent Order to be filed by next Friday, Nov. 3rd

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED         Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed: Movant(s) brief due _____ days
Respondent(s) brief due _____ days
Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
10/25/17 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA