## PROCEEDING MEMO

Date: 10/25/2017  9:45 am

In re: Fred A. Angel, Sr.

                                        Bankruptcy No. 16-21906-CMB
                                        Chapter: 13
                                        Doc. #194

Appearances: ~~Joel M. Helmrich~~, ~~Winnecour / Bedford / Pail~~ / Katz ✓, ~~Donald R. Calaiaro~~, William E. Miller, ~~Chris McMonigle~~, Matthew J. Burne ✓  Valencik ✓ (telephone)

Movant(s):

Respondents:

Creditor(s):

Nature of Proceeding: #194 Omnibus Status Conference

Additional Pleadings:

Judge's Notes: Status Conference Held + Concluded.

Outcome:

_____ Motion is GRANTED _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:    _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                                  Respondent(s) brief due _____days
                                  Trustee's brief due _____days

                                                      Carlota M. Böhm
                                                      U.S. Bankruptcy Judge

FILED
10/25/17 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA