# PROCEEDING MEMO

**Date:** 10/25/2017  9:45 am

**In re:** Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 180

**Appearances:**

Movant(s): ~~Donald R. Calaiaro~~ Valencik ✓

Respondents: ~~Winnecour / Bedford / Pail~~ / Katz ✓, ~~Jordan S. Blask~~

Creditor(s): Burner ✓
Miller by phone ✓

**Nature of Proceeding:** #180 Debtor's Motion to Authorize Payment of Insurance Proceeds

**Additional Pleadings:** Certificate of Service; #197 Response by Trustee; #198 Response by Cynthia Angel

**Judge's Notes:**

**Outcome:**

- Parties indicate partial settlement.
- Consent order to be filed by next Friday, Nov. 3rd.
- Court may schedule a status conference on remaining dispute between Debtor + Cynthia Angel if all issues not resolved through continued mediation. Status Conf. will be set 60 days after approval of consent order.

____ Motion is GRANTED _____ Order entered
____ Motion is DENIED _____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED       Order entered
____ Reschedule for Proper Service
____ Case DISMISSED        Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
____ CONTINUED MATTER:  ____ for at least ____ days (Court to Issue Order)
____ to hearing date of _____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed ____ days
____ Briefs to be filed:    Movant(s) brief due ____ days
                             Respondent(s) brief due ____ days
                             Trustee's brief due ____ days

Carlota M. Böhm
U.S. Bankruptcy Judge