## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **) Case No.** 16-21906 CMB |
| Fred A. Angel, Sr., | **)** |
| **Debtor,** | **) Chapter** 13 |
| Steidl and Steinberg, P.C., | **)** |
| **Applicant,** | **) Related Document No.** 220-219 |
| **vs.** | **)** |
| Office of the U.S. Trustee, Ronda J. | **) Hearing Date:** 01/17/18 @ 10:00 a.m. |
| Winnecour, Trustee, Baldwin-Whitehall | **)** |
| School District, Borough of Baldwin, | **) Response Due:** 01/02/18 |
| County of Allegheny, Duquesne Light Co., | **)** |
| Ford Motor Credit, Harley-Davidson Credit | **) Document No.** |
| Corp., NationStar Mortgage, PNC Bank, | **)** |
| PA Dept. of Revenue, Recovery | **)** |
| Management, Velocity Commercial Capital, | **)** |

## LIMITED RESPONSE TO APPLICATION FOR INTERIM COMPENSATION
## BY STEIDL AND STEINBERG, P.C.

**AND NOW**, comes the Debtor, Fred A. Angel, Sr., by and through his counsel, Calaiaro Valencik and Donald R. Calaiaro, and presents the response:

1.   The debtor believes that Steidl & Steinberg should be limited to the balance of their "No Look fee" of $ 2,500.00.

2.   This money should be paid from funds in the hands of the Chapter 13 Trustee to the extent they are available.  To the extent that funds are not on hand, they should be paid when the Debtor's funds in Homestead Cabinet & Display, Inc. are available and or when they are released.

3. The Debtor offers a judgment of $2,500.00 to Steidl & Steinberg in satisfaction of their claim(s) for legal fees as a final fee application and not an interim fee application.

**WHEREFORE,** the Debtor requests that the Application for Interim

Compensation by Steidl and Steinberg, P.C. be limited to $2,500.00 as a final fee

application

**Respectfully Submitted,**

**Dated:** January 2, 2018

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
**dvalencik@c-vlaw.com**

**BY:** /s/ Michael Kaminski
**Michael Kaminski, Esquire, PA I.D. 53493**
**mkaminski@c-vlaw.com**

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Case No.**  16-21906 CMB |
| Fred A. Angel, Sr., | **)** |
| **Debtor,** | **) Chapter** 13 |
| Steidl and Steinberg, P.C., | **)** |
| **Applicant,** | **) Related Document No.** 220-219 |
| **vs.** | **)** |
| Office of the U.S. Trustee, Ronda J. | **) Hearing Date:** 01/17/18 @ 10:00 a.m. |
| Winnecour, Trustee, Baldwin-Whitehall | **)** |
| School District, Borough of Baldwin, | **) Response Due:** 01/02/18 |
| County of Allegheny, Duquesne Light Co., | **)** |
| Ford Motor Credit, Harley-Davidson Credit | **) Document No.** |
| Corp., NationStar Mortgage, PNC Bank, | **)** |
| PA Dept. of Revenue, Recovery | **)** |
| Management, Velocity Commercial Capital, | **)** |

## CERTIFICATE OF SERVICE OF LIMITED RESPONSE TO APPLICATION FOR INTERIM COMPENSATION BY STEIDL AND STEINBERG, P.C.

I certify under penalty of perjury that I served the above captioned Order on the parties at the addresses specified below or on the attached list on January 2, 2018.

**Service by First-Class Mail:**
Fred Angel, Sr., 5131 East Willock Road, Pittsburgh, PA 15236
**Service by NEF:**
Kenneth Steidl, Esquire, STEIDL & STEINBERG, Suite 2830-Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219; ken.steidl@steidl-steinberg.com
Office of the U.S. Trustee, 1001 Liberty Avenue, Liberty Center, Suite 970, Pittsburgh, PA  15222
Ronda J. Winnecour, Chapter 13 Trustee receives service electronically through the CM/ECF System at cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| **Executed on:**  January 2, 2018 | /s/ Donald R. Calaiaro _____ |
| | **Donald R. Calaiaro, Esquire, PA I.D. #27538** |
| | **dcalaiaro@c-vlaw.com** |
| | /s/ David Z. Valencik_____ |
| | **David Z. Valencik, Esquire,   PA I.D. #308361** |
| | **dvalencik@c-vlaw.com** |
| | /s/ Michael Kaminski _____ |

**Michael Kaminski, Esquire,   PA I.D. 53493**
**mkaminski@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**