IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-21906-CMB |
| FRED A. ANGEL, SR., *Debtor*, | : : : | Chapter 13 |
| CYNTHIA ANGEL, *Movant*, | : : : | Related Doc. No.: 214, 222 and 223 |
| v. | : : | Hearing: Jan. 22, 2018 at 10:00 AM |
| FRED A. ANGEL, SR., *Respondent*. | : : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served or caused to be served, on the 4th day of January, 2018, a copy of the attached Expedited Motion and Scheduling Order, filed at Docket Numbers 222 and 223, upon all parties requesting notice in this case via the Court's CM/ECF system, vie email and via U.S. First Class Mail postage pre-paid on the following persons:

| | | |
|---|---|---|
| United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Ste. 970<br>Pittsburgh, PA 15222<br>ustpregion03.pi.ecf@usdoj.gov | Donald R. Calaiaro, Esq.<br>Calaiaro Valencik<br>428 Forbes Ave., Suite 900<br>Pittsburgh, PA 15219<br>dcalaiaro@c-vlaw.com | Joel M. Helmrich, Esq.<br>Dinsmore & Shohl, LLP<br>One Oxford Centre<br>301 Grant Street, Ste. 2800<br>Pittsburgh, PA, 15219<br>Joel.helmrich@dinsmore.com |
| Pamela A. Carlos, Esq.<br>Bennett, Bricklin<br>& Saltzburg LLC<br>1601 Market St. 16th Fl.<br>Philadelphia, PA 19103 | William E. Miller, Esq.<br>Stern & Eisenberg, PC<br>1581 Main Street, Suite 200<br>Warrington, PA 18976<br>wmiller@sterneisenberg.com | Ronda J. Winnecour, Esq.<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com |

Dated: January 4, 2018

/s/ *Matthew J. Burne*
Matthew J. Burne, Esq.
PA I.D. No. 314888
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mburne@tuckerlaw.com
*Attorney for Cynthia Angel*

1