**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/11/2018

IN RE:

FRED A. ANGEL, SR.
5131 EAST WILLOCK ROAD
PITTSBURGH, PA  15236
XXX-XX-7491          Debtor(s)

Case No.16-21906 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/11/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **BERNSTEIN-BURKLEY PC (FORMERLY FOR PET** 2200 GULF TOWER 707 GRANT ST PITTSBURGH, PA 15219 | Trustee Claim Number:1   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **SYNCHRONY BANK++** C/O RECOVERY MANAGEMENT SYSTEMS CORP 25 SE 2ND AVE STE 1120 MIAMI, FL 33131-1605 | Trustee Claim Number:2   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: YAMAHA/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: 7719/PRAE |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number:3   INT %: 0.00% Court Claim Number:8 CLAIM: 0.00 COMMENT: OUTSIDE/PL*$65,155.44/CL | CRED DESC: MORTGAGE REGULAR PAYMEI ACCOUNT NO.: 2578 |
| **VELOCITY COMMERCIAL CAPITAL LLC** C/O NATIONSTAR MORTGAGE LLC* PO BOX 619094 DALLAS, TX 75261-9741 | Trustee Claim Number:4   INT %: 0.00% Court Claim Number:7 CLAIM: 0.00 COMMENT: 2bPDW/INS/PL-OE*$296,859.96/CL*DK*W/20,21*BGN 6/16*FR SENECA-DOC 80 | CRED DESC: MORTGAGE PAID IN FULL ACCOUNT NO.: 7312 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number:5   INT %: 0.00% Court Claim Number:9 CLAIM: 5,184.48 COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7779 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number:6   INT %: 0.00% Court Claim Number:11 CLAIM: 5,834.39 COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9056 |
| **PNC BANK NA** POB 94982 CLEVELAND, OH 44101 | Trustee Claim Number:7   INT %: 0.00% Court Claim Number:12 CLAIM: 5,439.22 COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7673 |
| **FORD MOTOR CREDIT CO(*)** DRAWER 55-953 CH 13* POB 55000* DETROIT, MI 48255 | Trustee Claim Number:8   INT %: 0.00% Court Claim Number:2 CLAIM: 0.00 COMMENT: LEASES/EXPIRED/PL*CL=$2,126.00*TRT OUSIDE/JSP | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 0345 |
| **FORD MOTOR CREDIT CO(*)** DRAWER 55-953 CH 13* POB 55000* DETROIT, MI 48255 | Trustee Claim Number:9   INT %: 0.00% Court Claim Number:1 CLAIM: 0.00 COMMENT: LEASES EXPIRED/PL*CL=$5,431.84*TRT OUTSIDE/JSP | CRED DESC: PRIORITY CREDITOR ACCOUNT NO.: 1732 |
| **CYNTHIA ANGEL** 341 KRAMER WY PITTSBURGH, PA 15211 | Trustee Claim Number:10   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: NOTICE ONLY ACCOUNT NO.: |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | CRED DESC / ACCOUNT NO. |
|---|---|---|
| **HARLEY DAVIDSON CREDIT CORP*** <br> BOX 15129 <br> PALATINE, IL  60055-5129 | Trustee Claim Number:11  INT %:  0.00% <br> Court Claim Number:3 <br> CLAIM:  3,777.36 <br> COMMENT:  NT/SCH-PL*DEBT OWED BY FRED A SANTERCANGELO~A/K/A?*NOT 2 BE PD IN Pl | CRED DESC:  VEHICLE <br> ACCOUNT NO.:  8822 |
| **FORD MOTOR CREDIT CO(*)** <br> DRAWER 55-953  CH 13* <br> POB 55000* <br> DETROIT, MI  48255 | Trustee Claim Number:12  INT %:  0.00% <br> Court Claim Number:4 <br> CLAIM:  1,870.57 <br> COMMENT:  NT/SCH*DFNCY BAL | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.:  8296 |
| **JORDAN BLASK ESQ** <br> TUCKER ARENSBERG <br> 1500 ONE PPG PLACE <br> PITTSBURGH, PA  15222 | Trustee Claim Number:13  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  CYNTHIA ANGEL/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ** <br> GOEHRING ET AL <br> 437 GRANT ST 14TH FL <br> PITTSBURGH, PA  15219-6107 | Trustee Claim Number:14  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  ALLEGHENY CO/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ** <br> GOEHRING ET AL <br> 437 GRANT ST 14TH FL <br> PITTSBURGH, PA  15219-6107 | Trustee Claim Number:15  INT %:  0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  BORO OF BALDWIN/PRAE | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:16  INT %:  0.00% <br> Court Claim Number:6-2 <br> CLAIM:  0.00 <br> COMMENT:  313A70;16*NT/SCH-PL*WNTS 12%*W/17*AMD CL=$0 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  3A70 |
| **COUNTY OF ALLEGHENY (R/E TAX)*** <br> %JORDAN TAX SVC-CUR/DLNQ CLCTR <br> POB 200 <br> BETHEL PARK, PA  15102 | Trustee Claim Number:17  INT %:  0.00% <br> Court Claim Number:6-2 <br> CLAIM:  0.00 <br> COMMENT:  313A70;16*NON%*NT/SCH-PL*W/16*DK*AMD CL=$0 | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  3A70 |
| **BALDWIN BOROUGH (RE)** <br> C/O JORDAN TAX SVC - DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:18  INT %:  10.00% <br> Court Claim Number:5 <br> CLAIM:  656.88 <br> COMMENT:  313A70;15*NT/SCH-PL*WNTS 10%*W/19*DK! | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  3A70 |
| **BALDWIN BOROUGH (RE)** <br> C/O JORDAN TAX SVC - DLNQ CLLCTR <br> 102 RAHWAY RD <br> MCMURRAY, PA  15317 | Trustee Claim Number:19  INT %:  0.00% <br> Court Claim Number:5 <br> CLAIM:  189.54 <br> COMMENT:  313A70;15*NON%*NT/SCH-PL*W/18*DK! | CRED DESC:  SECURED CREDITOR <br> ACCOUNT NO.:  3A70 |
| **VELOCITY COMMERCIAL CAPITAL LLC** <br> C/O NATIONSTAR MORTGAGE LLC* <br> PO BOX 619094 <br> DALLAS, TX  75261-9741 | Trustee Claim Number:20  INT %:  0.00% <br> Court Claim Number:7 <br> CLAIM:  0.00 <br> COMMENT:  TTL CL @ 4 | CRED DESC:  MORTGAGE PAID IN FULL <br> ACCOUNT NO.:  7312 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **VELOCITY COMMERCIAL CAPITAL LLC**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:7 | CRED DESC: Post Petition Escrow<br>ACCOUNT NO.: 7312 | CLAIM: 0.00<br>COMMENT: 2bPDW/INS/PL-OE*W/4,20*DK*FR SENECA-DOC 80 |
| **JEFFREY R HUNT ESQ**<br>GOEHRING ET AL<br>437 GRANT ST 14TH FL<br>PITTSBURGH, PA  15219-6107 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: BALDWIN WHITEHALL SD/PRAE |
| **BALDWIN-WHITEHALL SD (BALDWIN BOROUGH**<br>C/O WEISS BURKARDT KRAMER LLC-DLNQ CLL(<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA  15219 | Trustee Claim Number:23  INT %: 10.00%<br>Court Claim Number:10-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3A70 | CLAIM: 1,886.37<br>COMMENT: 313A70;15*2428.55 TTL/PL@10%*NT/SCH*WNTS 10%*W/24*AMD*DK!! |
| **BALDWIN-WHITEHALL SD (BALDWIN BOROUGH**<br>C/O WEISS BURKARDT KRAMER LLC-DLNQ CLL(<br>445 FORT PITT BLVD STE 503<br>PITTSBURGH, PA  15219 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:10-2 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3A70 | CLAIM: 542.18<br>COMMENT: 313A70;15*NON%*2428.55TTL/PL@10%*NT/SCH*NON%*W/23*AMD*DK!! |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:14 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7491 | CLAIM: 163.33<br>COMMENT: NT/SCH |
| **KEVIN S FRANKEL ESQ**<br>SHAPIRO & DENARDO LLC<br>3600 HORIZON DR STE 150<br>KING OF PRUSSIA, PA  19406 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NATIONSTAR MORT/PRAE |
| **ALDRIDGE PITE LLP**<br>4375 JUTLAND DR STE 200<br>PO BOX 17933<br>SAN DIEGO, CA  92177-0933 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: J D HANAWALT ESQ*VELOCITY COMM CAPITAL/PRAE |
| **VELOCITY COMMERCIAL CAPITAL LLC**<br>C/O NATIONSTAR MORTGAGE LLC*<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:13 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7312 | CLAIM: 0.00<br>COMMENT: CL 13 @ $277,669.22~W/DRAWN-DOC 165 |