# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>Fred A. Angel, Sr.,<br>   **Debtor,**<br>Steidl and Steinberg, P.C.,<br>   **Applicant,**<br>vs.<br>Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Baldwin-Whitehall School District, Borough of Baldwin, County of Allegheny, Duquesne Light Co., Ford Motor Credit, Harley-Davidson Credit Corp., NationStar Mortgage, PNC Bank, PA Dept. of Revenue, Recovery Management, Velocity Commercial Capital, | ) **Case No.** 16-21906 CMB<br>)<br>) **Chapter** 13<br>)<br>) **Related Document No.** 220-219<br>)<br>) **Hearing Date:** 01/17/18 @ 10:00 a.m.<br>)<br>) **Response Due:** 01/02/18<br>)<br>) **Document No.**  226<br>)<br>)<br>) |

## CONSENT ORDER

**Whereas,** Steidl & Steinberg, P.C. requested $ 6,950.00 for approved legal fees in its fee application;

**Whereas,** the Debtor filed a limited response to that application

**Whereas,** the parties agree that the Applicant was entitled to the "no look" fee which he believed was quoted to the Debtor.

**Whereas,** the Debtor offered a judgment of $2,500.00 to Steidl & Steinberg in satisfaction of their claim(s) for legal fees as a final fee application based upon his belief that the balance of the no look fee was that amount;

**Whereas,** upon review of the chapter 13 trustee's records, the balance of the "no look" fee is $ 3,600.00.

**Whereas,** the parties agree desire to settle this dispute without any further issues or litigation in satisfaction of all claims.  Steidl & Steinberg, P.C. will accept that payment in satisfaction of any and all further claims.

**IT IS ORDERED and DECREED** that Steidl & Steinberg, P.C. shall be allowed a

fee of $ 3,600.00 and they waive any further claim against the Debtor or the bankruptcy estate.

**IT IS FURTHER ORDERED** that the chapter 13 trustee shall pay that sum of $ 3,600.00 as soon as it is practical

By the Court,

*/s/ Carlotta Bohm*
Carlotta Bohm
Bankruptcy Judge

Dated: January 16, 2018

**CONSENT:**

**BY:   /s/ Donald R. Calaiaro**
CALAIARO VALENCIK
Attorney for the Debtor

**By :  /s/ Abagail Steidl**
STEIDL & STEINBERG, P.C.
Attorney for the Applicant

FILED
1/16/18 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21906-CMB
Fred A. Angel, Sr.                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 2              Date Rcvd: Jan 16, 2018
                          Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
```
db             +Fred A. Angel, Sr.,    5131 East Willock Road,    Pittsburgh, PA 15236-2238
aty            +Pamela A. Carlos,    Bennett, Bricklin & Saltzburg LLC,    1601 Market St. 16th Fl.,
                 Philadelphia, PA 19103-2326
cr             +Baldwin-Whitehall School District,    c/o Weiss Burkardt Kramer, LLC,    445 Fort Pitt Boulevard,
                 Suite 503,    PITTSBURGH, PA 15219,    UNITED STATES 15219-1308
md             +Joel M. Helmrich,    Dinsmore & Shohl,    One Oxford Centre, Suite 2800,
                 Pittsburgh, PA 15219-1400
cr             +Velocity Commercial Capital,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
14305003       +Baldwin-Whitehall School District,    C/O Weiss Burkardt Kramer, LLC,
                 Laura M. McCurdy, Esquire,    445 Fort Pitt Boulevard, Suite 503,    Pittsburgh, PA 15219-1308
14255912       +Borough of Baldwin,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14255913       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14243422       +Cynthia Angel,    341 Kramer Way,    Pittsburgh, PA 15211-2007
14235993      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     P. O. Box 62180,
                 Colorado Springs, CO 80962)
14243423        Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14241834       +Harley-Davidson Credit Corp,    PO Box 9013,    Addison, Texas 75001-9013
14316297      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
14286113       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14233460       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14274002       +Velocity Commercial Capital,    c/o Seneca Mortgage Corporation,    611 Jamison Road,
                 Elma, NY 14059-9392
14233464       +Velocity Commercial Capital LLC,    c/o M. Troy Freedman, Esquire,    Stern & Eisenberg P.C.,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
14307449       +Velocity Commercial Capital, LLC,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2018 01:35:39
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14307548       +E-mail/Text: kburkley@bernsteinlaw.com Jan 17 2018 01:35:00      Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,
                 Pittsburgh, PA 15219-1945
14239956        E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2018 01:35:39
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of Baldwin
cr              Cynthia Angel
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
intp            The Cumberland Mutual Insurance Company
cr              VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIM
cr              Velocity Commercial Capital, LLC
14236268*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,     P.O. Box 62180,
                 Colorado Springs, CO  80962)
14243424*       Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14233461*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14233462*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14233463*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243425*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243426*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243427*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243428*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243429*      +Velocity Commercial Capital LLC,    c/o M. Troy Freedman, Esquire,    Stern & Eisenberg P.C.,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
                                                                                TOTALS: 8, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2              User: dric                    Page 2 of 2                    Date Rcvd: Jan 16, 2018
                                  Form ID: pdf900               Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:

```
          Abagale E. Steidl    on behalf of Debtor Fred A. Angel, Sr. asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com
          David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          James    Warmbrodt    on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
           LIABILITY COMPANY bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Jillian Nolan Snider    on behalf of Creditor Cynthia    Angel jsnider@tuckerlaw.com
          Jordan S. Blask    on behalf of Creditor Cynthia    Angel jblask@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
          Matthew James Burne    on behalf of Creditor Cynthia    Angel mburne@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 16
```