## PROCEEDING MEMO

Date: 01/22/2018   10:00 a.m.

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 222

Appearances: Winnecour / Pail / Katz

Movant(s): Matthew J. Burne ✓

Respondents: Donald R. Calaiaro
Creditor(s): David Valencik ✓
             Joel Helmrich

Nature of Proceeding:  #222 Expedited Motion to Compel Compliance of Fred A. Angel, Sr. with Stipulation and Consent Order

Additional Pleadings: Certificate of Service; #229 Response by Debtor

Judge's Notes:

- Debtor ordered to endorse check.
- Quatrini Rafferty to hold monies in escrow. Mr. Helmrich fees due by Mr. & Mrs. Angel to be paid from escrow. No further funds to be distributed.
- Consent Order to be enforced.

Outcome:

| ✓ | Motion is GRANTED ✓ Modified   Order entered |
| --- | --- |
| ___ | Motion is DENIED ___ Order entered |
| ___ | Motion WITHDRAWN |
| ___ | Motion is DISMISSED    Order entered |
| ___ | Reschedule for Proper Service |
| ___ | Case DISMISSED    Order entered |
| ___ | Parties to submit Order/Settlement/Stipulation by ___ days |
| ___ | CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order) |
| ___ | to hearing date of ___ |
| ___ | ISSUE EVIDENTIARY HEARING NOTICE |
| ___ | Discovery time needed ___ days |
| ___ | Briefs to be filed:   Movant(s) brief due ___ days |
| | Respondent(s) brief due ___ days |
| | Trustee's brief due ___ days |

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
1/22/18 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA