## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 16-21906-CMB |
| Fred A. Angel, Sr., | ) |
| **Debtor,** | ) **Chapter** 13 |
| Fred A. Angel, Sr., | ) **Related Document No.** 234-233 |
| **Movant,** | ) **Hearing Date:** 03/21/18 @ 11:00 a.m. |
| v. | ) **Response Due:** 02/22/18 |
| Harley-Davidson Credit Corp., | ) |
| **Respondent.** | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION REGARDING
### Debtor's Objection To Claim No. 3 Of Harley Davidson Credit Corporation - Document No. 233

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's Objection To Claim No. 3 of Harley Davidson Credit Corporation** filed on January 23, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtor's Objection To Claim No. 3 of Harley Davidson Credit Corporation** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtor's Objection To Claim No. 3 of Harley Davidson Credit Corporation** were to be filed and served no later than February 22, 2018.

It is hereby respectfully requested that the Order attached to the **Debtor's Objection To Claim No. 3 of Harley Davidson Credit Corporation** be entered by the Court.

**Dated:** February 23, 2018

/s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

/s/ David Z. Valencik_____
**David Z. Valencik, Esquire,  PA I.D. #308361**
**dvalencik@c-vlaw.com**

/s/ Michael Kaminski_____
**Michael Kaminski, Esquire,  PA I.D. 53493**
**mkaminski@c-vlaw.com**

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**