# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 16-21906-CMB |
| Fred A. Angel, Sr., | ) |
| **Debtor,** | ) **Chapter** 13 |
| Fred A. Angel, Sr., | ) **Related Document No.** 236-235 |
| **Movant,** | ) **Hearing Date:** 03/21/18 @ 11:00 a.m. |
| v. | ) **Response Due:** 02/22/18 |
| Ford Motor Credit Company LLC, | ) |
| **Respondent.** | ) **Document No.** |

## CERTIFICATION OF NO OBJECTION REGARDING
### Debtor's Objection To Claims No. 1, 2, and 4 of Ford Motor Credit - Document No. 235

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's Objection To Claims No. 1, 2, and 4 of Ford Motor Credit** filed on January 23, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtor's Objection To Claims No. 1, 2, and 4 of Ford Motor Credit** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtor's Objection To Claims No. 1, 2, and 4 of Ford Motor Credit** were to be filed and served no later than February 22, 2018.

It is hereby respectfully requested that the Order attached to the **Debtor's Objection To Claims No. 1, 2, and 4 of Ford Motor Credit** be entered by the Court.

**Dated:** February 23, 2018

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

/s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com

/s/ Michael Kaminski
**Michael Kaminski, Esquire, PA I.D. 53493**
mkaminski@c-vlaw.com

**CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA 15219-1621
(412) 232-0930**