# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-21906-CMB |
| Fred A. Angel, Sr., | ) **Chapter** 13 |
|     **Debtor,** | ) |
| Cynthia Angel, | ) **Related Document No.** 240-238 |
|     **Movant,** | ) **Hearing Date:** 02/27/18 @ 2:30 p.m. |
|     **vs.** | ) **Response Due:** 02/26/18 |
| Fred A, Angel, Sr., | ) |
|     **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
Expedited Motion To Approve Settlement and Interim Distribution
Pursuant To Bankruptcy Rule 1019 and Consent Order - Document No. 238

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Expedited Motion To Approve Settlement and Interim Distribution Pursuant to Bankruptcy Rule 9019 and Consent Order** filed on February 12, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Expedited Motion To Approve Settlement and Interim Distribution Pursuant to Bankruptcy Rule 9019 and Consent Order** appears thereon. Pursuant to the Notice of Hearing, objections to the **Expedited Motion To Approve Settlement and Interim Distribution Pursuant to Bankruptcy Rule 9019 and Consent Order** were to be filed and served no later than February 26, 2018.

It is hereby respectfully requested that the Order attached to the **Expedited Motion To Approve Settlement and Interim Distribution Pursuant to Bankruptcy Rule 9019 and Consent Order** be entered by the Court.

**Dated:**  February 27, 2018

**BY:**    /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:**    /s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
**BY:**    /s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
mkaminski@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**