## PROCEEDING MEMO

Date: 02/27/2018  2:30 p.m.

In re: Fred A. Angel, Sr.

Bankruptcy No. 16-21906-CMB
Chapter: 13
Doc. # 238

Appearances:

Movant(s): Donald R. Calaiaro ✓
    *Julian Snyder.*

Respondents:

Creditor(s):

Nature of Proceeding: #238 Expedited Motion to Approve Settlement and Interim Distribution Pursuant to Bankruptcy Rule 9019 and Consent Order

Additional Pleadings: *Certificate of Service*

Judge's Notes: — *Order to be filed by tomorrow by Atty Calaiaro clarifying funds to be paid to Cynthia + Fred Angel*

Outcome:

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED     Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED     Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER:   \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:   Movant(s) brief due \_\_\_\_\_ days
            Respondent(s) brief due \_\_\_\_\_ days
            Trustee's brief due \_\_\_\_\_ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
2/28/18 11:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA