## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 16-21906-CMB |
| Fred A. Angel, Sr., | ) **Chapter** 13 |
| **Debtor,** | ) |
| Fred A, Angel, | ) **Related Document No.** 246-238 |
| **Movant,** | ) |
| **vs.** | ) |
| Cynthia Angel, | ) |
| **Respondent.** | ) **Document No.** 247 |

### ORDER OF COURT

**AND NOW**, this _1st_ day of March,   2018, upon Debtor's expedited motion to approve settlement and interim distribution,

It appears that Cynthia Angel has agreed to the interim distribution and settlement; and the prior settlement made a provision for payment of all other creditors and parties in interest. No other party is affected by this settlement.

The Agreement Regarding Distribution of Insurance Proceeds (the "Agreement") entered into after the second mediation is **APPROVED,**

It is hereby **ORDERED** that the proposed distribution is approved as follows:

A. The escrow agent is permitted to make an interim, identical distribution of the proceeds to Fred Angel and Cynthia Angel; of **$ 154,910.70** (Paragraph I(B) (i) and (ii) and **$138,615.00** (Paragraph II(B)(i)(ii);

B. The escrow agent is permitted to make the payment to Joel Helmrich for the second mediation in the amount of $2,240.00;

C. The continued escrow of the balance of the insurance proceeds;

D. A reservation of rights of the remaining disputes by each party; and the parties agreed to binding arbitration by a retired federal judge as to the remaining claims and disputes;

E. The parties agreed to list their jointly-owned real estate with a new listing agent within 14 days.

Counsel for each party has reviewed this Order and approved the form of the Order.

By the Court,

Carlota M. Böhm
United States Bankruptcy Court

**Consent:**

BY: /s/ Donald R. Calaiaro
Donald R. Calaiaro, Esquire, PA ID#27538
dcalaiaro@c-vlaw.com
Attorney for Debtor
CALAIARO VALENCIK
428 Forbes Avenue, Suite 900
Pittsburgh, PA  15219-1621
(412) 232-0930

BY: /s/ Jordan S. Blask
Jordan Blask, Esquire, PA ID#308511
jblask@tuckerlaw.com
Attorney for Cynthia Angel
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

FILED
3/1/18 2:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21906-CMB
Fred A. Angel, Sr.                                                  Chapter 13
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 2              Date Rcvd: Mar 01, 2018
                           Form ID: pdf900         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db          +Fred A. Angel, Sr.,   5131 East Willock Road,   Pittsburgh, PA 15236-2238
aty         +Pamela A. Carlos,   Bennett, Bricklin & Saltzburg LLC,   1601 Market St. 16th Fl.,
             Philadelphia, PA 19103-2326
cr          +Baldwin-Whitehall School District,   c/o Weiss Burkardt Kramer, LLC,   445 Fort Pitt Boulevard,
             Suite 503,   PITTSBURGH, PA 15219,   UNITED STATES 15219-1308
md          +Joel M. Helmrich,   Dinsmore & Shohl,   One Oxford Centre, Suite 2800,
             Pittsburgh, PA 15219-1400
cr          +Velocity Commercial Capital,   Stern & Eisenberg, PC,   1581 Main Street,   Suite 200,
             Warrington, PA 18976-3400
14305003    +Baldwin-Whitehall School District,   C/O Weiss Burkardt Kramer, LLC,
             Laura M. McCurdy, Esquire,   445 Fort Pitt Boulevard, Suite 503,   Pittsburgh, PA 15219-1308
14255912    +Borough of Baldwin,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14255913    +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14243422    +Cynthia Angel,   341 Kramer Way,   Pittsburgh, PA 15211-2007
14235993    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company LLC,   P. O. Box 62180,
             Colorado Springs, CO 80962)
14243423     Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
14241834    +Harley-Davidson Credit Corp,   PO Box 9013,   Addison, Texas 75001-9013
14316297    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
14286113    +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
14233460    +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14274002    +Velocity Commercial Capital,   c/o Seneca Mortgage Corporation,   611 Jamison Road,
             Elma, NY 14059-9392
14233464    +Velocity Commercial Capital LLC,   c/o M. Troy Freedman, Esquire,   Stern & Eisenberg P.C.,
             1581 Main Street, Suite 200,   Warrington, PA 18976-3400
14307449    +Velocity Commercial Capital, LLC,   Nationstar Mortgage LLC,   PO Box 619096,
             Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 02:33:24
             Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
             Miami, FL  33131-1605
14307548    +E-mail/Text: kburkley@bernsteinlaw.com Mar 02 2018 02:31:10     Duquesne Light Company,
             c/o Peter J. Ashcroft,   Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200,
             Pittsburgh, PA  15219-1945
14239956     E-mail/PDF: rmscedi@recoverycorp.com Mar 02 2018 02:33:24
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                        TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Allegheny County
cr           Borough of Baldwin
cr           Cynthia Angel
cr           Duquesne Light Company
cr           Nationstar Mortgage LLC
intp         The Cumberland Mutual Insurance Company
cr           VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIM
cr           Velocity Commercial Capital, LLC
14236268*   ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Company, LLC,   P.O. Box 62180,
             Colorado Springs, CO  80962)
14243424*   +Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
14233461*   +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14233462*   +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14233463*   +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14243425*   +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14243426*   +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14243427*   +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14243428*   +PNC Bank,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14243429*   +Velocity Commercial Capital LLC,   c/o M. Troy Freedman, Esquire,   Stern & Eisenberg P.C.,
             1581 Main Street, Suite 200,   Warrington, PA 18976-3400
                                                                       TOTALS: 8, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dric            Page 2 of 2          Date Rcvd: Mar 01, 2018
                              Form ID: pdf900       Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
          Abagale E. Steidl    on behalf of Debtor Fred A. Angel, Sr. asteidl@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
          ify.bestcase.com;rlager@steidl-steinberg.com
          David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
          cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
          vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
          cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
          vlaw.com
          James  Warmbrodt    on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
          LIABILITY COMPANY bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
          cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Jillian Nolan Snider    on behalf of Creditor Cynthia  Angel jsnider@tuckerlaw.com
          Jordan S. Blask    on behalf of Creditor Cynthia  Angel jblask@tuckerlaw.com,
          agilbert@tuckerlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
          Matthew James Burne    on behalf of Creditor Cynthia  Angel mburne@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
          wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital
          wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                    TOTAL: 16
```