# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 16-21906-CMB |
| Fred A. Angel, Sr., | ) |
| **Debtor,** | ) Chapter 13 |
| Fred A. Angel, Sr., | ) |
| **Movant,** | ) Hearing Date: 03/21/18 @ 11:00 a.m. |
| v. | ) Response Due: 02/22/18 |
| Ford Motor Credit Company LLC, | ) |
| **Respondent.** | ) Document No. 235 |

## ENTERED BY DEFAULT

### ORDER OF COURT

**AND NOW,** to wit this __2nd__ day of ____March____, 2018, it is **ORDERED** that the Debtor's Objection to Claims No. 1, 2, and 4 are sustained.

**IT IS FURTHER ORDERED** that the claims of Ford Motor Credit Company LLC claim are stricken.

By the Court:

_Carlota M. Böhm_  
**Honorable Carlota M. Böhm** dmr  
**United States Bankruptcy Judge**

FILED  
3/2/18 11:09 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21906-CMB
Fred A. Angel, Sr.                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1                  Date Rcvd: Mar 02, 2018
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2018.
db              +Fred A. Angel, Sr.,    5131 East Willock Road,    Pittsburgh, PA 15236-2238
14235993       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    P. O. Box 62180,
                   Colorado Springs, CO 80962)
14243423        Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2018 at the address(es) listed below:
              Abagale E. Steidl    on behalf of Debtor Fred A. Angel, Sr. asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com
              David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              James Warmbrodt    on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
               LIABILITY COMPANY bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jillian Nolan Snider    on behalf of Creditor Cynthia  Angel jsnider@tuckerlaw.com
              Jordan S. Blask    on behalf of Creditor Cynthia  Angel jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
              Matthew James Burne    on behalf of Creditor Cynthia  Angel mburne@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    Velocity Commercial Capital
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                               TOTAL: 16