**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 16-21906 CMB |
| Fred A. Angel, Sr., | ) **Chapter** 13 |
|     **Debtor,** | ) |
| Calaiaro Valencik, | ) **Hearing Date:** 04/11/18 @ 10:00 a.m. |
|     **Movant,** | ) **Response Due:** 03/29/18 |
|     **vs.** | ) |
| NO RESPONDENT. | ) **Document No.** 254 |

**ENTERED BY DEFAULT**

## ORDER OF COURT

**AND NOW,** to-wit, this __4th__ day of _____April_____, 2018, upon consideration of the foregoing Interim Fees and Expenses Application by attorney for the Debtor, it is hereby **ORDERED** that fees and expenses of Donald R. Calaiaro and Calaiaro Valencik be approved for their services rendered and incurred from September 12, 2016, through March 6, 2018, in the total amount of $39,052.90 consisting of $38,745.00 in fees and $307.90 in expenses.

It is further **ORDERED** that, after credits for payment made to counsel in the amount of $1,000.00, Counsel for the Debtor shall be paid the remaining balance of $38,052.90.

.

By the Court,

*Carlota M. Böhm*

**Honorable Carlota M. Böhm**   dmr
**United States Bankruptcy Judge**

FILED
4/4/18 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Fred A. Angel, Sr.  
    Debtor

Case No. 16-21906-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric    Page 1 of 1    Date Rcvd: Apr 04, 2018  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.  
db          +Fred A. Angel, Sr.,   5131 East Willock Road,   Pittsburgh, PA 15236-2238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:

          Abagale E. Steidl   on behalf of Debtor Fred A. Angel, Sr. asteidl@steidl-steinberg.com,  
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com  
          David Z. Valencik   on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,  
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com  
          Donald R. Calaiaro   on behalf of Attorney   Calaiaro Valencik dcalaiaro@c-vlaw.com,  
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com  
          Donald R. Calaiaro   on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,  
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com  
          James Warmbrodt   on behalf of Creditor   VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY bkgroup@kmllawgroup.com  
          Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com  
          Jeffrey R. Hunt   on behalf of Creditor   Borough of Baldwin jhunt@grblaw.com,   cnoroski@grblaw.com  
          Jillian Nolan Snider   on behalf of Creditor Cynthia   Angel jsnider@tuckerlaw.com  
          Jordan S. Blask   on behalf of Creditor Cynthia   Angel jblask@tuckerlaw.com,   agilbert@tuckerlaw.com  
          Kevin Scott Frankel   on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com  
          Laura M. McCurdy   on behalf of Creditor   Baldwin-Whitehall School District lmccurdy@wbklegal.com  
          Matthew James Burne   on behalf of Creditor Cynthia   Angel mburne@tuckerlaw.com  
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
          Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
          William E. Miller   on behalf of Creditor   Velocity Commercial Capital, LLC wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
          William E. Miller   on behalf of Creditor   Velocity Commercial Capital wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
                                                                                                                            TOTAL: 17