Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Fred A. Angel Sr.**
Debtor(s)

Bankruptcy Case No.: 16−21906−CMB

Chapter: 13
Docket No.: 261 − 260

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of June, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/6/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/15/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/6/18.**

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Fred A. Angel, Sr.  
    Debtor

Case No. 16-21906-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: kthe    Page 1 of 2    Date Rcvd: Jun 25, 2018  
                 Form ID: 408    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.

```
db             +Fred A. Angel, Sr.,    5131 East Willock Road,    Pittsburgh, PA 15236-2238
aty             Calaiaro Valencik,    428 Forbes Avenue, Suite 900,    Pittsburgh, PA  15219-1621
aty            +Pamela A. Carlos,    Bennett, Bricklin & Saltzburg LLC,    1601 Market St. 16th Fl.,
                 Philadelphia, PA 19103-2326
cr             +Baldwin-Whitehall School District,    c/o Weiss Burkardt Kramer, LLC,    445 Fort Pitt Boulevard,
                 Suite 503,    PITTSBURGH, PA  15219,    UNITED STATES 15219-1308
md             +Joel M. Helmrich,    Dinsmore & Shohl,    One Oxford Centre, Suite 2800,
                 Pittsburgh, PA 15219-1400
cr             +Velocity Commercial Capital,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
14305003       +Baldwin-Whitehall School District,    C/O Weiss Burkardt Kramer, LLC,
                 Laura M. McCurdy, Esquire,    445 Fort Pitt Boulevard, Suite 503,    Pittsburgh, PA 15219-1308
14255912       +Borough of Baldwin,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14255913       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14243422       +Cynthia Angel,    341 Kramer Way,    Pittsburgh, PA 15211-2007
14235993      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,    P. O. Box 62180,
                 Colorado Springs, CO 80962)
14243423        Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14241834       +Harley-Davidson Credit Corp,    PO Box 9013,    Addison, Texas 75001-9013
14316297      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
14286113       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14233460       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14274002       +Velocity Commercial Capital,    c/o Seneca Mortgage Corporation,    611 Jamison Road,
                 Elma, NY 14059-9392
14233464       +Velocity Commercial Capital LLC,    c/o M. Troy Freedman, Esquire,    Stern & Eisenberg P.C.,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
14307449       +Velocity Commercial Capital, LLC,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr              E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2018 02:17:31
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
14307548       +E-mail/Text: kburkley@bernsteinlaw.com Jun 26 2018 02:13:35     Duquesne Light Company,
                c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,
                Pittsburgh, PA 15219-1945
14239956        E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2018 02:18:11
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of Baldwin
cr              Cynthia Angel
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
intp            The Cumberland Mutual Insurance Company
cr              VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIM
cr              Velocity Commercial Capital, LLC
cr*            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14236268*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
14243424*       Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14233461*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14233462*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14233463*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243425*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243426*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243427*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243428*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243429*      +Velocity Commercial Capital LLC,    c/o M. Troy Freedman, Esquire,    Stern & Eisenberg P.C.,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
                                                                                 TOTALS: 8, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: kthe              Page 2 of 2            Date Rcvd: Jun 25, 2018
                              Form ID: 408            Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:

```
          Abagale E. Steidl    on behalf of Debtor Fred A. Angel, Sr. asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com
          David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Attorney   Calaiaro Valencik dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          James Warmbrodt     on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
           LIABILITY COMPANY bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Baldwin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Jillian Nolan Snider    on behalf of Creditor Cynthia  Angel jsnider@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Jordan S. Blask    on behalf of Creditor Cynthia  Angel jblask@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
          Matthew James Burne    on behalf of Creditor Cynthia  Angel mburne@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 17
```