IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| FRED A. ANGEL, SR., | : | Case No.  16-21906 CMB |
| | : | Chapter 13 |
| | : | |
| | : | Related to Doc No.  266 |
| | : | |

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

*AND NOW*, this 11th day of July, 2018, **NOTICE IS HEREBY GIVEN THAT** an Emergency Motion for Judgment Order Relating to Administrative Fees of Calaiaro Valencik ("Motion") has been filed in the above-referenced case by Donald R. Calaiaro.

*On July 24, 2018* at **1:30 P.M.** a hearing has been scheduled in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

*On or before July 23, 2018 at Noon*, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

*In the event that a response is not timely filed*, an Order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and** (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

Carlota M. Böhm    dmr
United States Bankruptcy Judge

cm: Donald R. Calaiaro, Esq.

FILED
7/11/18 3:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Fred A. Angel, Sr.
    Debtor

Case No. 16-21906-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Jul 11, 2018
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
aty          Calaiaro Valencik,    428 Forbes Avenue, Suite 900,    Pittsburgh, PA   15219-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:

         Abagale E. Steidl    on behalf of Debtor Fred A. Angel, Sr. asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
         David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         Donald R. Calaiaro    on behalf of Attorney   Calaiaro Valencik dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com
         James   Warmbrodt    on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com, cnoroski@grblaw.com
         Jillian Nolan Snider    on behalf of Creditor Cynthia   Angel jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
         Jordan S. Blask    on behalf of Creditor Cynthia   Angel jblask@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
         Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
         Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
         Matthew James Burne    on behalf of Creditor Cynthia   Angel mburne@tuckerlaw.com, agilbert@tuckerlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         William E. Miller    on behalf of Creditor    Velocity Commercial Capital wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                                   TOTAL: 17