## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 16-21906-CMB |
| Fred A. Angel, Sr., | ) |
| **Debtor,** | ) Chapter 13 |
| Calaiaro Valencik, | ) Related Document No. 267-266 |
| **Movant,** | ) Hearing Date: 7/24/18 @ 1:30 p.m. |
| **Vs.** | ) Response due: 7/23/18 @ 12:00 p.m. |
| Fred A. Angel, Sr., | ) |
| **Respondent.** | ) Document No. |

### CERTIFICATION OF NO OBJECTION REGARDING
### Emergency Motion For Judgment Order Relating To Administrative Fees of Calaiaro Valencik - Document No. 266

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Emergency Motion For Judgment Order Relating To Administrative Fees of Calaiaro Valencik** filed on July 11, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Emergency Motion For Judgment Order Relating To Administrative Fees of Calaiaro Valencik** appears thereon. Pursuant to the Notice of Hearing, objections to the **Emergency Motion For Judgment Order Relating To Administrative Fees of Calaiaro Valencik** were to be filed and served no later than July 23, 2018 at noon.

It is hereby respectfully requested that the Order attached to the **Emergency Motion For Judgment Order Relating To Administrative Fees of Calaiaro Valencik** be entered by the Court.

**Dated:** July 23, 2018

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
/s/ David Z. Valencik
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com
/s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
mkaminski@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**