IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-21906-CMB |
| | : | |
| Fred A. Angel Sr. | : | |
|         Debtors | : | |
| | : | |
| Fred A. Angel Sr. | : | Chapter 13 |
|         Movant | : | |
| | : | |
|     v. | : | |
| Ronda J. Winnecour, Ch 13 Trustee | : | |
|         Respondents | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. **On July 24, 2018, at docket number 272,** Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor's Counsel. Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: July 24, 2018          By:    /s/ Donald R. Calaiaro
                                     Signature
                                     Donald R. Calaiaro, Esquire
                                     Name of Filer - Typed
                                     428 Forbes Ave., St. 900, Pittsburgh, PA 15219
                                     Address of Filer
                                     Dcalaiaro@c-vlaw.com
                                     Email Address of Filer
                                     (412) 232-0930
                                     Phone Number of Filer
                                     27538 and Pennsylvania
                                     Bar I.D. and State of Admission

**PAWB Local Form 24 (07/13)**