**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    FRED A. ANGEL, SR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

Case No.:16-21906

Chapter 13

Document No.: 260

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __7th__ day of __August__, 20__18__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code. `Any attorney fees that are not paid will be excepted from Discharge.`

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmr

FILED
8/7/18 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 16-21906-CMB
Fred A. Angel, Sr.                                              Chapter 13
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                   Page 1 of 2         Date Rcvd: Aug 07, 2018
                              Form ID: pdf900              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db             +Fred A. Angel, Sr.,    5131 East Willock Road,    Pittsburgh, PA 15236-2238
aty             Calaiaro Valencik,    428 Forbes Avenue, Suite 900,    Pittsburgh, PA 15219-1621
aty            +Pamela A. Carlos,    Bennett, Bricklin & Saltzburg LLC,    1601 Market St. 16th Fl.,
                 Philadelphia, PA 19103-2326
cr             +Baldwin-Whitehall School District,    c/o Weiss Burkardt Kramer, LLC,    445 Fort Pitt Boulevard,
                 Suite 503,    PITTSBURGH, PA 15219,    UNITED STATES 15219-1308
md             +Joel M. Helmrich,    Dinsmore & Shohl,   One Oxford Centre, Suite 2800,
                 Pittsburgh, PA 15219-1400
cr             +Velocity Commercial Capital,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3400
14305003       +Baldwin-Whitehall School District,    C/O Weiss Burkardt Kramer, LLC,
                 Laura M. McCurdy, Esquire,    445 Fort Pitt Boulevard, Suite 503,    Pittsburgh, PA 15219-1308
14255912       +Borough of Baldwin,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14255913       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14243422       +Cynthia Angel,    341 Kramer Way,    Pittsburgh, PA 15211-2007
14235993      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     P. O. Box 62180,
                 Colorado Springs, CO 80962)
14243423        Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14241834       +Harley-Davidson Credit Corp,    PO Box 9013,    Addison, Texas 75001-9013
14316297      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,     PO Box 619096,    Dallas, TX 75261-9741)
14286113       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14233460       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14274002       +Velocity Commercial Capital,    c/o Seneca Mortgage Corporation,    611 Jamison Road,
                 Elma, NY 14059-9392
14233464       +Velocity Commercial Capital LLC,    c/o M. Troy Freedman, Esquire,    Stern & Eisenberg P.C.,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
14307449       +Velocity Commercial Capital, LLC,    Nationstar Mortgage LLC,    PO Box 619096,
                 Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:32:56
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
14307548       +E-mail/Text: kburkley@bernsteinlaw.com Aug 08 2018 02:28:16      Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,
                 Pittsburgh, PA 15219-1945
14239956        E-mail/PDF: rmscedi@recoverycorp.com Aug 08 2018 02:32:57
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of Baldwin
cr              Cynthia Angel
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
intp            The Cumberland Mutual Insurance Company
cr              VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIM
cr              Velocity Commercial Capital, LLC
cr*            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14236268*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,     P.O. Box 62180,
                 Colorado Springs, CO  80962)
14243424*       Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14233461*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14233462*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14233463*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243425*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243426*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243427*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243428*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243429*      +Velocity Commercial Capital LLC,    c/o M. Troy Freedman, Esquire,    Stern & Eisenberg P.C.,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3400
                                                                                      TOTALS: 8, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: lfin                    Page 2 of 2                   Date Rcvd: Aug 07, 2018
                               Form ID: pdf900               Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2018 at the address(es) listed below:

```
              Abagale E. Steidl    on behalf of Debtor Fred A. Angel, Sr. asteidl@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
               ify.bestcase.com;rlager@steidl-steinberg.com
              David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Attorney   Calaiaro Valencik dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com;mpeduto@c-vlaw.com
              James Warmbrodt    on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
               LIABILITY COMPANY bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Borough of Baldwin jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
              Jillian Nolan Snider    on behalf of Creditor Cynthia   Angel jsnider@tuckerlaw.com,
               agilbert@tuckerlaw.com,cabbott@tuckerlaw.com
              Jordan S. Blask    on behalf of Creditor Cynthia   Angel jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
              Matthew James Burne    on behalf of Creditor Cynthia   Angel mburne@tuckerlaw.com,
               agilbert@tuckerlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
              William E. Miller    on behalf of Creditor    Velocity Commercial Capital
               wmiller@sterneisenberg.com,  bkecf@sterneisenberg.com
                                                                                              TOTAL: 17
```