**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Case No. 16-21906-CMB |
| Fred A. Angel, Sr., | ) |
| **Debtor,** | ) Chapter 13 |
| Donald R. Calaiaro, David Z. Valencik, | ) |
| and Calaiaro Valencik, | ) Hearing Date: 08/15/18 @ 10:00 a.m. |
| **Movants,** | ) |
| vs. | ) |
| Fred A, Angel, Sr., | ) |
| **Respondent.** | ) Document No. |

## STATUS REPORT

**AND NOW** comes the Movants who file this status report and aver in support as follows:

1. This case was originally filed on May 20, 2016.

2. On March 12, 2018, the Movants filed an Application for Compensation at Document No. 254.

3. On, April 4, 2018, this Court entered a default order granting those fees at Document No. 257.

4. As of this date, the Debtor has paid all fees authorized under the Fee Application.

5. The Movants have done additional work for the Debtor since the application date.

6. The Movants may do other work for the Debtor in the future.

7. The Movants will deal directly with the Debtor to resolve these post application amounts.

Respectfully submitted,

**Dated:** August 14, 2018         **BY:**     /s/ Donald R. Calaiaro_____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com

**BY:**     /s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
dvalencik@c-vlaw.com

**BY:** /s/ Michael Kaminski
**Michael Kaminski, Esquire,   PA I.D. 53493**
**mkaminski@c-vlaw.com**

**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**