## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) Case No. 16-21906-CMB |
| Fred A. Angel, Sr., | ) |
| **Debtor,** | ) Chapter 13 |
| Donald R. Calaiaro, David Z. Valencik, | ) |
| and Calaiaro Valencik, | ) Related Document No. 265-264 |
| **Movants,** | ) |
| vs. | ) |
| Fred A, Angel, Sr., | ) |
| **Respondent.** | ) Document No. |

## WITHDRAWAL OF DEBTOR'S MOTION TO WITHDRAW AS LEGAL COUNSEL

**AND NOW** come the Movants, Donald R. Calaiaro, David Z. Valencik, and Calaiaro Valencik, and presents the following:

1. Counsel is withdrawing the Motion to Withdraw as Legal Counsel filed on July 11, 2018 at Document No. 264.

**Respectfully submitted,**

**Dated:** August 14, 2018

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
dcalaiaro@c-vlaw.com
**BY:** /s/ David Z. Valencik
**David Z. Valencik, Esquire, PA I.D. #308361**
dvalencik@c-vlaw.com
**BY:** /s/ Michael Kaminski
**Michael Kaminski, Esquire, PA I.D. 53493**
mkaminski@c-vlaw.com
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA 15219-1621**
**(412) 232-0930**