**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Fred A. Angel Sr.** | Social Security number or ITIN  **xxx–xx–7491** |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–21906–CMB**

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Fred A. Angel Sr.

8/24/18                                                **By the court:**    <u>Carlota M. Bohm</u>
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21906-CMB
Fred A. Angel, Sr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2              Date Rcvd: Aug 24, 2018
                              Form ID: 3180W          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db          +Fred A. Angel, Sr.,    5131 East Willock Road,    Pittsburgh, PA 15236-2238
aty          Calaiaro Valencik,    428 Forbes Avenue, Suite 900,    Pittsburgh, PA 15219-1621
aty         +Pamela A. Carlos,    Bennett, Bricklin & Saltzburg LLC,    1601 Market St. 16th Fl.,
             Philadelphia, PA 19103-2326
cr          +Baldwin-Whitehall School District,    c/o Weiss Burkardt Kramer, LLC,    445 Fort Pitt Boulevard,
             Suite 503,    PITTSBURGH, PA 15219,    UNITED STATES 15219-1308
md          +Joel M. Helmrich,    Dinsmore & Shohl,    One Oxford Centre, Suite 2800,
             Pittsburgh, PA 15219-1400
cr          +Velocity Commercial Capital,    Stern & Eisenberg, PC,    1581 Main Street,   Suite 200,
             Warrington, PA 18976-3400
14305003    +Baldwin-Whitehall School District,    C/O Weiss Burkardt Kramer, LLC,
             Laura M. McCurdy, Esquire,    445 Fort Pitt Boulevard, Suite 503,    Pittsburgh, PA 15219-1308
14255912    +Borough of Baldwin,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14255913    +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14243422    +Cynthia Angel,    341 Kramer Way,    Pittsburgh, PA 15211-2007
14241834    +Harley-Davidson Credit Corp,    PO Box 9013,    Addison, Texas 75001-9013
14316297   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
14286113    +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14233460    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14274002    +Velocity Commercial Capital,    c/o Seneca Mortgage Corporation,    611 Jamison Road,
             Elma, NY 14059-9392
14233464    +Velocity Commercial Capital LLC,    c/o M. Troy Freedman, Esquire,    Stern & Eisenberg P.C.,
             1581 Main Street, Suite 200,    Warrington, PA 18976-3400
14307449    +Velocity Commercial Capital, LLC,    Nationstar Mortgage LLC,    PO Box 619096,
             Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2018 01:32:56     Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA 17128-0946
cr           EDI: RECOVERYCORP.COM Aug 25 2018 05:23:00     Recovery Management Systems Corporation,
             25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14307548    +E-mail/Text: kburkley@bernsteinlaw.com Aug 25 2018 01:33:42     Duquesne Light Company,
             c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,
             Pittsburgh, PA 15219-1945
14235993     EDI: FORD.COM Aug 25 2018 05:23:00     Ford Motor Credit Company LLC,    P. O. Box 62180,
             Colorado Springs, CO 80962
14243423     EDI: FORD.COM Aug 25 2018 05:23:00     Ford Motor Credit,    PO Box 542000,
             Omaha, NE 68154-8000
14239956     EDI: RECOVERYCORP.COM Aug 25 2018 05:23:00     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Borough of Baldwin
cr              Cynthia Angel
cr              Duquesne Light Company
cr              Nationstar Mortgage LLC
intp            The Cumberland Mutual Insurance Company
cr              VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIM
cr              Velocity Commercial Capital, LLC
cr*            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
14236268*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company, LLC,    P.O. Box 62180,
               Colorado Springs, CO  80962)
14243424*      Ford Motor Credit,    PO Box 542000,    Omaha, NE 68154-8000
14233461*     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14233462*     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14233463*     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243425*     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243426*     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243427*     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243428*     +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14243429*     +Velocity Commercial Capital LLC,    c/o M. Troy Freedman, Esquire,    Stern & Eisenberg P.C.,
               1581 Main Street, Suite 200,    Warrington, PA 18976-3400
                                                                                   TOTALS: 8, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2         User: lfin            Page 2 of 2           Date Rcvd: Aug 24, 2018
                             Form ID: 3180W       Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:

```
          Abagale E. Steidl    on behalf of Debtor Fred A. Angel, Sr. asteidl@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
           ify.bestcase.com;rlager@steidl-steinberg.com
          David Z. Valencik    on behalf of Debtor Fred A. Angel, Sr. dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Attorney    Calaiaro Valencik dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Fred A. Angel, Sr. dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com;mpeduto@c-vlaw.com
          James    Warmbrodt    on behalf of Creditor    VELOCITY COMMERCIAL CAPITAL, LLC, A CALIFORNIA LIMITED
            LIABILITY COMPANY bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Baldwin jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
          Jillian Nolan Snider     on behalf of Creditor Cynthia    Angel jsnider@tuckerlaw.com,
           agilbert@tuckerlaw.com,cabbott@tuckerlaw.com
          Jordan S. Blask    on behalf of Creditor Cynthia    Angel jblask@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Laura M. McCurdy    on behalf of Creditor    Baldwin-Whitehall School District lmccurdy@wbklegal.com
          Matthew James Burne    on behalf of Creditor Cynthia    Angel mburne@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital, LLC
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          William E. Miller    on behalf of Creditor    Velocity Commercial Capital
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                             TOTAL: 17
```